

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Cory Johnson, Appellant

No. 06-20-00049-CR     v.

The State of Texas

Appeal from the 276th District Court of Titus County, Texas (Tr. Ct. No. CR19,187). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We note that the appellant, Cory Johnson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 11, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk